UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ORIGINAL MANN,

                              Plaintiff,

                -against-

CURTIS "50 CENT:" JACKSON, ET AL.,

                              Defendants.

24-cv-9164 (LTS)

CIVIL JUDGMENT

For the reasons stated in the February 26, 2026, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:    March 5, 2026
          New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge